**MARTHA J. PAYNE**
Oregon #85239
**Benesch Friedlander Coplan & Aronoff LLP**
103 Coronado Shores, 225 Escondido
Lincoln City, Oregon 97367
Telephone: (541) 764-2859
Facsimile: (216) 363-4588
mpayne@beneschlaw.com

FILED'09 AUG 12 12:34USDC-ORP

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **THOMAS M. PIKE,** | CASE NO. 3:09-cv-760 AC |
| Plaintiff, | |
| | **STIPULATION & ORDER** |
| vs. | |
| **TRANSPORTS DU CAM PRO INC.,** et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for plaintiff and the attorneys for Defendants Transports Du Cam Pro, Inc. and Jean Paul Racicot's (sometimes collectively referred to hereinafter as "Defendants") that the parties to this action have conferenced and agreed that the Motion to Dismiss filed by the Defendants and the opposition and declaration thereto filed by the Plaintiff, along with all supporting exhibits and documentation are withdrawn without prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the subsequent service attempts made by the Plaintiff have resolved the jurisdictional issues raised in the Defendants' motion to dismiss.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants shall have two (2) weeks from the date of filing of the instant Stipulation and Order to serve and file an Answer in response to Plaintiff Thomas Pike's Complaint.

This stipulation may be filed without further notice with the Clerk of Court.

Dated this 3rd day of August, 2009.

| | |
|---|---|
| /s/ Martha J. Payne | /s/ Philip G. Arnold |
| Martha J. Payne | Philip G. Arnold |
| Oregon #85239 | Oregon #080056 |
| Attorneys for Defendants | Attorneys for Plaintiff |
| **Benesch Friedlander** | **Rossi Cox Vucinovich** |
| **Coplan & Aronoff LLP** | **Flaskamp, P.C.** |
| 103 Coronado Shores, 225 Escondido | 10900 N.E. 8th Street, Suite 1122 |
| Lincoln City, Oregon 97367 | Bellevue, WA 98004 |
| Telephone: (541) 764-2859 | Telephone: (425) 646-8003 |
| Facsimile: (216) 363-4588 | Facsimile: (425) 646-8004 |
| mpayne@beneschlaw.com | parnold@rcvpc.com |

ORDERED:

_____
John V. Acosta
U.S. Magistrate Judge
Dated: this 11th day of August, 2009

AGREED STIPULATION AND ORDER